**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TG

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DeWitt Hughes and Cheranzetta Stagger Hughes,<br>         Plaintiffs,<br>                    v.<br>City of Chicago et al.,<br>         Defendants | Case Number:<br><br>**08 C 627**<br><br>JUDGE DOW<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DeWitt Hughes and Cheranzetta Stagger-Hughes

| |
|---|
| NAME (Type or print)<br>Arthur Loevy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Arthur Loevy |
| FIRM<br>Loevy & Loevy |
| STREET ADDRESS<br>312 N. May St., Ste. 100 |
| CITY/STATE/ZIP<br>Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1682479 | TELEPHONE NUMBER<br>312-243-5900 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |