**FILED**
**JANUARY 29, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number:

DeWitt Hughes and Cheranzetta Stagger Hughes,
      Plaintiffs,
      v.
City of Chicago et al.,                                         **08 C 627**
      Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DeWitt Hughes and Cheranzetta Stagger-Hughes         **JUDGE DOW**
                                                     **MAGISTRATE JUDGE COX**

| | |
|---|---|
| **NAME** (Type or print) <br> Matthew Jenkins | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew Jenkins | |
| **FIRM** <br> Loevy & Loevy | |
| **STREET ADDRESS** <br> 312 N. May St., Ste. 100 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60607 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6294355 | **TELEPHONE NUMBER** <br> 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |