AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

DeWitt Hughes and Cheranzetta Stagger Hughes,
    Plaintiffs,

V.

City of Chicago, Chicago Police Officer Iza, Star # 12957, and Chicago Police Officer Uczen, Star # 6857,
    Defendants

CASE NUMBER: **08 C 627**

ASSIGNED JUDGE: **JUDGE DOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 N. LaSalle St
Room No 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St., Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**January 29, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anne Gottschalk | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested to: City of Chicago, c/o city clerk, 121 N. LaSalle St, Rm. no. 107, Chicago, IL 60602

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/12/08
Date

Signature of Server

Address of Server: 312 N May St, Ste 100, Chicago, IL 60607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.