IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT HUGHES AND CHERANZETTA STAGGER HUGHES, | ) ) | |
| Plaintiffs, | ) ) | **08 C 627** |
| v. | ) ) | JUDGE DOW |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star #12956, and CHICAGO POLICE OFFICER UCZEN, Star #6857, | ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | |

**CITY OF CHICAGO'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to April 2, 2008 to answer or otherwise plead in response to Plaintiffs' complaint. In support of this motion, the City states the following:

1. Plaintiffs filed their complaint in the United States District Court, Northern District of Illinois, Eastern Division, on or about January 29, 2008. The City was due to answer on or about February 18, 2008.

2. Undersigned counsel for the City was assigned the case on or about March 4, 2008, the first opportunity that undersigned counsel had to review Plaintiffs' complaint.

3. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiffs' complaint and compiling the pertinent records.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in Plaintiffs' complaint.

5. One of Plaintiffs' attorneys, Matthew Jenkins of Loevy & Loevy, has indicated that he has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to April 2, 2008 to answer or otherwise plead in response to Plaintiffs' complaint; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   /s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint** to be served upon Matthew Jenkins at mjenkins@loevy.com, via electronic mail, on this 4th day of March, 2008.

/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel