**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEWITT HUGHES AND CHERANZETTA STAGGER HUGHES, | ) ) | |
| Plaintiffs, | ) | **08 C 627** |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star #12956, and CHICAGO POLICE OFFICER UCZEN, Star #6857, | ) ) ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

To:    Matthew T. Jenkins
Loevy & Loevy
312 North May Street
Suite 100
Chicago, Illinois  60607
mjenkins@loevy.com

   **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Dow, or before such other Judge sitting in his stead, on the 11th day of March, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 4th day of March, 2008.

                        Respectfully submitted,

                        MARA S. GEORGES
                        Corporation Counsel
                        City of Chicago


              By:    /s/ Thomas J. Aumann
                        THOMAS J. AUMANN
                        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455