## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Dewitt Hughes, et al.
                    Plaintiff,

v.                                               Case No.: 1:08−cv−00627
                                                 Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Defendant City of Chicago's Uncontested Motion for extension of time [14] to answer or otherwise plead to Plaintiff's complaint is granted and time extended to and including 4/2/08. Status hearing date of 3/26/08 is stricken and Status hearing reset for 4/8/2008 at 09:30 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.