**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 627 |
|---|---|

DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, Plaintiffs,
v.

CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, and CHICAGO POLICE OFFICER UCZEN, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant City of Chicago**

| NAME (Type or print) |
|---|
| Kenneth C. Robling |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Kenneth C. Robling |

| FIRM |
|---|
| City of Chicago, Department of Law |

| STREET ADDRESS |
|---|
| 30 North LaSalle Street, Room 1020 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06278335 | (312) 742-0116 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐