UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Dewitt Hughes, et al.
        Plaintiff,

v.                Case No.: 1:08−cv−00627
                Honorable Robert M. Dow Jr.

City Of Chicago, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr: Having reviewed the Report of Rule 26(f) Planning Meeting [18] filed on behalf of Plaintiffs and Defendant City of Chicago, the Court notes the agreement of those parties to exchange Rule 26(a)(l) disclosures by 4/30/08 and the proposal to submit a discovery plan once the attorneys for the Defendant Officers appears in this matter. The initial status date of 4/8/08 is stricken and Status hearing reset for 5/8/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.