**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 627

DEWITT HUGHES, ET AL, Plaintiffs,

v.

CITY OF CHICAGO, ET AL, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS City of Chicago, Officer Debbie Iza, and Officer Mark Uczen

| | |
|---|---|
| NAME (Type or print) <br> SUSAN E. SULLIVAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan E. Sullivan | |
| FIRM <br> SWANSON, MARTIN & BELL, LLP | |
| STREET ADDRESS <br> 330 N. WABASH AVE.. SUITE 3300 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06238201 | TELEPHONE NUMBER <br> (312) 321-9100 (ssullivan@smbtrials.com) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |