## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEWITT HUGHES and            )
CHERANZETTA HUGHES      )
                Plaintiffs,   )    No.    08 C 627
         v.             )
                        )    JUDGE DOW
CITY OF CHICAGO, CHICAGO POLICE  )
OFFICER IZA, Star #12957, and    )    Magistrate Judge Cox
CHICAGO POLICE OFFICER UCZEN   )
Star #6857,                   )    Jury Trial Demanded
             Defendants.   )

## NOTICE OF MOTION

TO:   **See Attached Service List**

      You are hereby notified that on **Thursday, May 8, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **DEFENDANT CITY'S MOTION FOR WITHDRAWL OF COUNSEL, DEFENDANTS' JOINT MOTION TO EXTEND THE TIME TO COMPLETE THEIR RULE 26(a)(1) DISCLOSURE, AND DEFENDANT OFFICERS' MOTION TO EXTEND THE TIME TO ANSWER PLAINTIFFS' COMPLAINT**, a copy of which is hereby served upon you.

                Respectfully submitted,

                SWANSON, MARTIN & BELL, LLP

      By:    s/ Susan E. Sullivan_____

                *As Attorney for Defendants*

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990
Atty. No. 06238201
Email:  ssullivan@smbtrials.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT CITY'S MOTION FOR WITHDRAWL OF COUNSEL, DEFENDANTS' JOINT MOTION TO EXTEND THE TIME TO COMPLETE THEIR RULE 26(a)(1) DISCLOSURE, AND DEFENDANT OFFICERS' MOTION TO EXTEND THE TIME TO ANSWER PLAINTIFFS' COMPLAINT** to be sent via e-filing to all attorneys of record on the attached Service List, on April 29, 2008.

s/ Susan E. Sullivan_____

*As Attorney for Defendants*

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email:  ssullivan@smbtrials.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEWITT HUGHES and | ) | |
| CHERANZETTA HUGHES | ) | |
| Plaintiffs, | ) | No.    08 C 627 |
| v. | ) | |
| | ) | JUDGE DOW |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICER IZA, Star #12957, and | ) | Magistrate Judge Cox |
| CHICAGO POLICE OFFICER UCZEN | ) | |
| Star #6857, | ) | Jury Trial Demanded |
| Defendants. | ) | |

<u>**Service List**</u>

**Counsel for Plantiffs**
Arthur J. Loevy
Jonathan I. Loevy
Matthew T. Jenkins
Michael I. Kanovitz
Samantha Anne Liskow
Loevy & Loevy
312 N. May Street, Ste. 100
Chicago, IL  60607
(312) 243-5900
Email:  loevylaw@loevy.com
Email:  jon@loevy.com
Email:  mjenkins@loevy.com
Email:  mike@loevey.com
Email:  samantha@loevy.com


**Counsel for Defendant City of Chicago**
Kenneth C. Robling
Thomas J. Aumann
City of Chicago, Department of Law
Employment and Policy Litigation
30 N. LaSalle, Ste. 1020
Chicago, IL 60602
kenneth.robling@cityofchicago.org
thomas.aumann@cityofchicago.org