# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 627 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Dewitt Hughes, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendant City 's Motion for withdrawal of counsel for the City of Chicago only, Defendants' Joint Motion for extension of time to file answer to Plaintiffs' Complaint , and Motion by Defendants City Of Chicago, Iza, Uczen for extension of time to complete their Rule 26(a)(1) Disclosure [24], granted. Kenneth C. Robling and Thomas J. Aumann are given leave to withdrawn their appearances on behalf of Defendant City of Chicago. Defendants are given an extension of time, until 5/13/08, to complete their Rule 26(a)(1) Disclosure. Defendant Officers are given an extension of time, until 5/13/08, to answer Plaintiffs' Complaint. Notice of Motion date of 5/8/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|