**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Dewitt Hughes, et al.
       Plaintiff,

v.               Case No.: 1:08−cv−00627
               Honorable Robert M. Dow Jr.

City Of Chicago, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr:Initial Status hearing date of 5/8/08 is stricken and reset for 5/22/2008 at 09:00 AM. Counsel are directed to confer concerning a joint discovery plan that can be presented to the Court prior to or at the 5/22/08 status. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.