U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 627
DEWITT HUGHES, et al., Plaintiffs
v.
CITY OF CHICAGO, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS City of Chicago, Officer Debbie Iza, and Officer Mark Uczen

| NAME (Type or print) |
| --- |
| ALISON B. CRANE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alison B. Crane |
| FIRM |
| SWANSON, MARTIN & BELL, LLP |
| STREET ADDRESS |
| 330 N. WABASH STREET, SUITE 3300 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289278 | 312-222-8583 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐