IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, | ) ) ) 08 C 627 |
| Plaintiffs, | ) ) |
| v. | ) Honorable Judge Dow ) |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star # 12957, and CHICAGO POLICE OFFICER UCZEN, Star # 6857, | ) Magistrate Judge Cox ) ) ) |
| Defendants. | ) JURY TRIAL DEMANDED ) |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Attorney Appearance** to be sent via the United States District Court for the Northern District of Illinois' CM/ECF system to all attorneys of record on March 13, 2008.

                                                                                                              s/ Alison B. Crane
                                                                                                              Alison B. Crane
                                                                                                              One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com