IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, | ) ) ) | 08 C 627 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Honorable Judge Dow |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star # 12957, and CHICAGO POLICE OFFICER UCZEN, Star # 6857, | ) ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused true and correct copies of the foregoing **Defendant City of Chicago's Amended Answer, Defendant Officers' Answer, the City of Chicago's Additional Affirmative Defenses and Federal Rule 12(b)(6) Defenses, and Defendant Officers' Affirmative Defenses and Federal Rule 12(b)(6) Defenses to Plaintiffs' Complaint** to be sent via the United States District Court for the Northern District of Illinois' CM/ECF system to all attorneys of record on March 13, 2008.

                                                               s/ Alison B. Crane
                                                               Alison B. Crane
                                                               One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com