IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, ) ) ) | 08 C 627 |
| Plaintiffs, ) ) | |
| v. ) ) | Honorable Judge Dow |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star # 12957, and CHICAGO POLICE OFFICER UCZEN, Star # 6857, ) ) ) ) ) ) | Magistrate Judge Cox |
| Defendants. ) ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

TO: Arthur Loevy
Michael Kanovitz
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607

You are hereby notified that on May 13, 2008, **Defendant City of Chicago's Amended Answer, Defendant Officers' Answer, the City of Chicago's Additional Affirmative Defenses and Federal Rule 12(b)(6) Defenses, and Defendant Officers' Affirmative Defenses and Federal Rule 12(b)(6) Defenses to Plaintiffs' Complaint**, were filed with the Clerk of the United States District Court for the Northern District of Illinois, via its CM/ECF system, a copy of which has been served upon you.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By: __s/Alison B. Crane__
Alison B. Crane
One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax: (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com