U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DEWITT HUGHES, ET AL., Plaintiffs<br>v.<br>CITY OF CHICAGO, ET AL, Defendants. | Case Number: 08 C 627 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS: City of Chicago, Officer Debbie Iza and Officer Mark Uczen

| |
|---|
| NAME (Type or print)<br>ARTHUR J. RELIFORD, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Arthur J. Reliford, Jr. |
| FIRM<br>SWANSON, MARTIN & BELL, LLP |
| STREET ADDRESS<br>330 North Wabash, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60611 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270485 | TELEPHONE NUMBER<br>312-321-9100 (areliford@smbtrials.com) |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |