IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Dow |
| v. | ) ) | 08 C 627 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star # 12957, and CHICAGO POLICE OFFICER UCZEN, Star # 6857, | ) ) ) ) ) | |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

### MOTION FOR WITHDRAWAL OF COUNSEL IN THE SAME FIRM

NOW COME Plaintiffs, by their attorneys, LOEVY & LOEVY, and moves to withdraw Matthew Jenkins, formerly of Loevy & Loevy, as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1. As of June 3, 2008, Matthew Jenkins has left the firm of Loevy & Loevy.

2. Other counsel of record from Loevy & Loevy will continue to represent Plaintiffs.

3. Plaintiffs wish to withdraw Mr. Jenkins' appearance pursuant to Local Rule 83.17.

WHEREFORE, Plaintiffs, by their attorneys, Loevy & Loevy, respectfully move to withdraw Matthew Jenkins as counsel for Plaintiffs.

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
Attorney for Plaintiffs

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607
(312) 243-5900