IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT HUGHES and CHERANZETTA STAGGER-HUGHES, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Dow |
| v. | ) ) | 08 C 627 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER IZA, Star # 12957, and CHICAGO POLICE OFFICER UCZEN, Star # 6857, | ) ) ) ) ) | |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:     Counsel of Record

    PLEASE TAKE NOTICE THAT on June 24, 2008, at 9:15 a.m., I will appear before Judge Dow in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion.

/S/ Jon Loevy
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

CERTIFICATE OF SERVICE

    The undersigned states that on June 3, 2008, I notified counsel of record by electronic means of the attached filing.

/S/ Jon Loevy