# United States District Court
## Northern District of Illinois
### Eastern Division

Dewitt Hughes, et al                     **JUDGMENT IN A CIVIL CASE**

v.                                        Case Number: 08 C 627

City of Chicago Police Officers Iza

■  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED  Jury verdict in favor of Plaintiffs Dewitt Hughes and Cheranzetta Stagger-Hughes and against Defendants Uczen and Iza as to Claim of Malicious Prosecution and Claim of Unreasonable Search/Seizure. Jury verdict in favor of Defendants Uczen and Iza and against Plaintiffs as to Claims of False Arrest, Unreasonable Search and False Imprisonment. Compensatory damages are awarded to Plaintiff Dewitt Hughes in amount of $30,000. Compensatory damages are awarded to Plaintiff Cherannzetta Stagger-Hughes in amount of $30,000. Punitive damages are awarded to Plaintiff Dewitt Hughes from Defendant Uczen in the amount of $1250.00. Punitive damages are awarded to Plaintiff Dewitt Hughes from Defendant Iza in the amount of $1250.00. Punitive damages are awarded to Plaintiff Cheranzetta Stagger-Hughes from Defendant Uczen in the amount of $1250.00. Punitive damages are awarded to Plaintiff Cheranzetta Stagger-Hughes from Defendant Iza in the amount of $1250.00. Judgement entered on the jury verdict.

Thomas G. Bruton, Clerk of Court

Date: 7/31/2012

/s/ Theresa B. Kinney, Deputy Clerk